JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MAGNACROSS LLC,**

    *Plaintiff*,

v.

**ATEN TECHNOLOGY, INC. d/b/a IOGEAR,**

    *Defendant*.

Case No. SACV 20-1434-GW-DFMx

**ORDER ON JOINT STIPULATION OF DISMISSAL**

    The parties have agreed to the terms set forth in the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being so advised, the Court hereby finds that the request should be GRANTED.

    IT IS SO ORDERED.

Date: October 27, 2020

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE